**United States District Court**
**Middle District of Florida**
**Orlando Division**

United States of America

  v          Case No. 6:21-cr-63-PGB-GJK

Mehef Bey

_____/

## MOTION TO WITHDRAW

The below signed attorney, Tom Dale, files this Motion to Withdraw from representing the defendant, Mehef Bey, in the above styled case. In support, the following is submitted:

1. On May 5, 2021 the Court appointed the undersigned to represent the Defendant. Doc 43.

2. On January 3, 2022 the Defendant entered into a written plea agreement Doc. 127. On the same date the Court held a change of plea hearing at which the Defendant entered a plea of guilty. Doc. 128

3. The Court accepted the Defendant's plea on January 21, 2022 and scheduled a sentencing hearing for March 23, 2022. Doc. 138

4. Since the entry of the plea a conflict has arisen between the Defendant and the undersigned which necessitates the termination of representation.

5. The undersigned has conferred with opposing counsel who takes no position regarding the requested relief.

6. The Defendant did not sign a consent to the withdrawal.

WHEREFORE, counsel moves the Court to set this matter for a hearing to determine whether counsel may withdraw from representing the Defendant.

## Certificate of Service

The foregoing was filed with the court utilizing the CM/ECF system on the date last showing.

s/**Tom Dale**
Tom Dale
Florida Bar # 52043
Post Office Box 14
Orlando, Florida 32802
407 245 7055 (tel & txt)
dalelaworlando@outlook.com

Dated:      February 7, 2022